**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-4875**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

NATHANIEL SMITH,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, District Judge. (CR-90-364-A)

───────────

Submitted:  November 4, 1999        Decided:  November 9, 1999

───────────

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Nathaniel Smith, Appellant Pro Se.  Janet S. Reincke, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathaniel Smith appeals the district court's order denying his motion for review of his sentence under 18 U.S.C. § 3742 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Smith, No. CR-90-364-A (E.D. Va. Dec. 3, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on December 2, 1998, the district court's records show that it was entered on the docket sheet on December 3, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).